# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) – Possession with intent to distribute cocaine; 21 U.S.C. § 853(a) – Drug Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:
(1) Imprisonment: Maximum 20 Years.
(2) Fine: $1,000,000
(3) Supervised release: Min 3-year term; Max 6-year term
(4) Special assessment: $100.00

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

FILED
FEB 11 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT - U.S
▶ RICHARD FERNANDEZ

DISTRICT COURT NUMBER
**CR10-00098 DLJ**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
10-70025 LB

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Joshua Hill, AUSA

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR10-00098 DLJ

UNITED STATES OF AMERICA,

v.

RICHARD FERNANDEZ,

E-filing

**FILED**

FEB 11 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –
Possession with Intent to Distribute Cocaine;
21 U.S.C. § 853(a) – Drug Forfeiture

A true bill.

_____ Foreman

Filed in open court this 2/11/2010 day of

_____ Clerk

Bail, $ no process

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,        ) Criminal No. CR10-00098 DLJ
                                     )
13        Plaintiff,                 )
                                     ) VIOLATION: 21 U.S.C. §§ 841(a)(1) &
14     v.                            ) 841(b)(1)(C) – Possession with Intent to
                                     ) Distribute Cocaine; 21 U.S.C. § 853(a) –
15                                   ) Drug Forfeiture
    RICHARD FERNANDEZ,               )
16                                   ) OAKLAND VENUE
          Defendant.                 )
17  _____  )

18                              INDICTMENT

19  The Grand Jury charges:

20  COUNT ONE:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute
21              Cocaine)

22       1.   On or about October 29, 2009, in the Northern District of California, the

23  defendant,

24                              RICHARD FERNANDEZ,

25  did knowingly and intentionally possess with intent to distribute a Schedule II controlled

26  substance, namely, a mixture and substance containing a detectable amount of cocaine, in

27  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

28  ///

                                        1
    INDICTMENT
    U.S. v. FERNANDEZ

*[Stamp: FILED FEB 11 2010, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND]*

*[Stamp: E-filing]*

1  FORFEITURE ALLEGATION: (21 U.S.C. § 853(a) - Drug Forfeiture)

2    2.    The factual allegations contained in Count One of this Indictment are hereby re-
3  alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture
4  pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

5    3.    Upon a conviction of the offense alleged in Count One, defendant,

6                    RICHARD FERNANDEZ,

7  shall forfeit to the United States all right, title and interest in property constituting and derived
8  from any proceeds defendant obtained, directly or indirectly, as the result of such violation, and
9  any property used, or intended to be used, in any manner or part, to commit, or to facilitate the
10  commission of such violation, including but not limited to a sum of money equal to the total
11  amount of proceeds defendant derived from the commission of said offense.

12    4.    If, as a result of any act or omission of the defendant, any of said property
13        a.    cannot be located upon the exercise of due diligence;
14        b.    has been transferred or sold to, or deposited with, a third person;
15        c.    has been placed beyond the jurisdiction of the Court;
16        d.    has been substantially diminished in value; or
17        e.    has been commingled with other property which cannot be divided
18              without difficulty;
19  any and all interest defendant has in any other property, up to the value of the property described
20  in paragraph 3 above, shall be forfeited to the United States pursuant to Title 21, United States
21  Code, Section 853(p).

22    All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p) and
23  ///
24  ///
25  ///
26  ///
27  ///
28

INDICTMENT
U.S. v. FERNANDEZ

1 | Rule 32.2 of the Federal Rules of Criminal Procedure.

2

3 | Dated: February 11, 2010                     A TRUE BILL

4

5 | /s/ Walt Bolley
  |                                               FOREPERSON

6

7 | JOSEPH P. RUSSONIELLO
  | United States Attorney

8

9 | /s/
  | MAUREEN BESSETTE
10 | Chief, Oakland Branch

11

12 | (Approved as to form: /s/ )
  |                        AUSA J. HILL
13

14

...

                                    3

INDICTMENT
U.S. v. FERNANDEZ