1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant RICHARD FERNANDEZ
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-10 00098 DLJ[KAW](NJV)
                                  )
12          Plaintiff,             )
                                  )   STIPULATION AND [PROPOSED]
13 vs.                             )   ORDER CONTINUING APPEARANCE
                                  )   DATE
14 RICHARD FERNANDEZ,              )
                                  )
15          Defendant.             )
                                  )
16 _____)

17      Richard Fernandez voluntarily surrendered himself to the U.S. Marshals on August 13,

18 2012, and is scheduled to appear in this Court on August 15, 2012, in connection with a Form 12

19 alleging violations of his supervised release. Defense counsel will be unavailable to appear on

20 August 15, 2012. For this reason, IT IS STIPULATED AND AGREED that Mr Baker's

21 appearance in this matter be continued to August 27, 2012, at 9:30 a.m., before United States

22 Magistrate Judge Kandis Westmore, Courtroom 4, Oakland, California. The probation officer

23 has confirmed that someone from his office will be available on that date.

24      SO STIPULATED.

25

26

STIP AND ORD                                1

1  Dated: August 14, 2012

                                            JEROME E. MATTHEWS
2                                           Assistant Federal Public Defender

3

4  Dated: August 14, 2012

                                            CHRISTINA McCALL
5                                             Assistant United States Attorney

6     Good cause appearing therefor, IT IS ORDERED that Richard Fernandez's appearance in

7 this matter be continued to August 27, 2012, at 9:30 a.m., before United States Magistrate Judge

8 Kandis Westmore, Courtroom 4, Oakland, California.

10 Dated: August 14, 2012

                                            NANDOR J. VADAS
11                                           United States Magistrate Judge

STIP AND ORD                                       2